UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN CHARLES MATLOCK,

        Plaintiff,

  v.

B. KIBLER,

        Defendant.

Case No. 21-cv-00971-JSC

**ORDER OF TRANSFER**

Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254.

A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d).

Petitioner was convicted in San Joaquin County, and he is incarcerated in Kern County, both of which are within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Accordingly, in the interest of justice, this case is TRANSFERRED to the United States District Court for the Eastern District of California.

**IT IS SO ORDERED.**

Dated: February 9, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge